USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 2 2 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THE ANNUITY, WELFARE and APPRENTICESHIP
SKILL IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,
by its TRUSTEES JAMES T. CALLAHAN, FRANCIS
P. DIMENNA, DANIEL J. SCHNEIDER and JOHN BRUNETTI,

NOTICE & ORDER
OF VOLUNTARY
DISMISSAL
PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)

Plaintiffs,

12-CIV-7569 (KBF)

-against-

NAVILLUS CONTRACTING INC.,

Defendant.
----------------------------------------------------------------X

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs THE ANNUITY, WELFARE and APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO, by their counsel, BRADY McGUIRE & STEINBERG, P.C., hereby give notice that the above-captioned matter is voluntarily dismissed with prejudice against Defendant NAVILLUS CONTRACTING INC.

Dated: Tarrytown, New York
   October 18, 2012

Respectfully submitted,

BRADY McGUIRE & STEINBERG, P.C.

By: _____
James M. Steinberg (JS-3515)
Attorneys for Plaintiffs
303 South Broadway, Suite 234
Tarrytown, New York 10591
(914) 478-4293

To: Navillus Contracting Inc.
  575 Fifth Avenue, 29th Floor
  New York, New York 10017
  Attn: Mr. Padraig Naughton

**SO ORDERED:**

_____ 10/22/12
**The Honorable Katherine B. Forrest**
**United States District Judge**